# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELICITAS TORRES CASTILLO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No.  1:14-cv-01566-SAB<br><br>ORDER DENYING APPLICATION TO PROCEED IN FORMA PAUPERIS AND REQUIRING PLAINTIFF TO FILE LONG FORM APPLICATION<br><br>(ECF NO. 2)<br><br>TWENTY DAY DEADLINE |

On October 7, 2014, Plaintiff Felicitas Torres Castillo filed a complaint for review of the final decision denying Social Security benefits.  Plaintiff did not pay the filing fee in this action and instead filed an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  However, Plaintiff's application was not adequately completed.

On the application, Plaintiff indicated that she had money in cash or a checking or savings account but did not indicate the amount.  Plaintiff also indicated that there are three individuals who are dependent upon her for support, but did not indicate how much is contributed for their support.  Finally, Plaintiff stated that she has financial debts but did not describe the amounts owed or to whom they are payable.  Based on Plaintiff's failure to respond to the questions as set forth on the application, the Court will order Plaintiff to complete and file an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239.  If Plaintiff is unwilling to complete and submit the long form application, Plaintiff must

pay the filing fee in full.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's application to proceed in forma pauperis is DENIED without prejudice;

2. The Clerk of the Court is directed to forward an in forma pauperis application (Long Form) to Plaintiff;

3. Within **twenty (20) days** of the date of this order, Plaintiff shall either (1) pay the $400.00 filing fee for this action, or (2) file an application to proceed in forma pauperis without prepayment of the fee; and

4. If Plaintiff fails to comply with this order, this action shall be dismissed.

IT IS SO ORDERED.

Dated: **October 9, 2014**

UNITED STATES MAGISTRATE JUDGE