**UNITED STATES DISTRICT COURT**

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELICITAS TORRES CASTILLO,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No.  1:14-cv-01566-SAB<br><br>ORDER DENYING APPLICATION TO PROCEED IN FORMA PAUPERIS<br><br>ECF NO. 4 |

Plaintiff Felicitas Torres Castillo ("Plaintiff") filed an amended application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915 on October 27, 2014.  Plaintiff's original application to proceed in forma pauperis was denied by the Court on October 9, 2014.  The Court denied the original application because, among other reasons, "Plaintiff indicated that she had money in cash or a checking or savings account but did not indicate the amount."  (Order Denying Application to Proceed In Forma Pauperis and Requiring Plaintiff to File Long Form Application 1:21-22.)  The Court granted Plaintiff leave to file an amended application which cured this defect.

Plaintiff's amended application again indicates that Plaintiff owns a savings account but Plaintiff again omitted any response to the form inquiry regarding the "Amount you have" in the savings account.  (See Amended Application to Proceed in District Court Without Prepaying Fees or Costs, at pg. 2.)  Because Plaintiff conspicuously omitted any response to this form

inquiry after the Court specifically identified this defect in Plaintiff's original application, the Court will deny Plaintiff's amended application to proceed in forma pauperis. Plaintiff shall pay the $400.00 filing fee in this action in full within thirty days. Plaintiff is forewarned that failure to pay the filing fee on time will result in dismissal of this action.

        Accordingly, IT IS HEREBY ORDERED THAT:

        1.        Plaintiff's application to proceed in forma pauperis is DENIED;

        2.        Plaintiff shall pay the $400.00 filing fee in full within thirty days.

IT IS SO ORDERED.

Dated: **October 28, 2014**

UNITED STATES MAGISTRATE JUDGE

2