# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELICITAS TORRES CASTILLO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　Defendant. | Case No.  1:14-cv-01566-SAB<br><br>ORDER DIRECTING CLERK'S OFFICE TO ISSUE SUMMONSES AND INITIAL CASE DOCUMENTS |

　　　　Plaintiff filed this action for review of the final decision denying Social Security benefits on October 7, 2014.  On November 26, 2014, Plaintiff paid the filing fee.  Accordingly, the Clerk's Office is directed to issue summonses and initial case documents.

IT IS SO ORDERED.

Dated:   **December 2, 2014**　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1