Steven G. Rosales
Attorney at Law: 222224
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel: (562)437-7006
Fax: (562)432-2935
E-Mail: rohlfing.office@rohlfinglaw.com
Attorneys for Plaintiff
FELICITAS TORRES CASTILLO

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELICITAS TORRES CASTILLO ) | Case No.: 1:14 cv 01566 SAB |
| ) | |
| Plaintiff, ) | AMENDED STIPULATION TO |
| v. ) | EXTEND BRIEF |
| ) | |
| CAROLYN W. COLVIN, Acting ) | |
| Commissioner of Social Security. ) | |
| ) | |
| Defendant. ) | |
| ) | |

    Plaintiff Felicitas Torres Castillo ("Plaintiff") and defendant Carolyn Colvin, Acting Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, hereby stipulate, subject to the approval of the Court, to extend the time for Plaintiff to file Plaintiff's Opening Brief to September 2, 2015; and that Defendant shall have until October 2, 2015, to file his opposition. Any reply by plaintiff will be due October 16, 2015.

///

-1-

An extension of time for plaintiff is needed in order to properly address the issues within the administrative record in this matter.  Counsel sincerely apologizes to the court for any inconvenience this may have had upon it or its staff

DATE: July 23, 2015				Respectfully submitted,

						LAWRENCE D. ROHLFING

						                /s/ *Steven G. Rosales*
					BY: _____
						Steven G. Rosales
						Attorney for plaintiff Ms. Felicitas Torres Castillo


DATE:  July 23, 2015
						BENJAMIN WAGNOR
						United States Attorney

						            /s/ *Ellinor Coder*
					BY: _____
						Ellinor Coder
						Special Assistant United States Attorney
						Of Counsel: Amanda Schapel
						Attorneys for defendant Carolyn W. Colvin
						|*authorized by e-mail|


IT IS SO ORDERED.

Dated:   **July 27, 2015**			_____
						UNITED STATES MAGISTRATE JUDGE

-2-