BENJAMIN B. WAGNER
United States Attorney
DEBORAH L. STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration
ELLINOR CODER, CSBN 258258
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8955
    Facsimile: (415) 744-0134
    E-Mail: Ellinor.Coder@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| FELICITAS TORRES CASTILLO,<br><br>    Plaintiff,<br><br>vs.<br><br>CAROLYN COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:14-cv-01566-SAB<br><br>STIPULATION AND ORDER FOR AN EXTENSION OF TIME |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant's Response to Plaintiff's Motion for Summary Judgment be extended from **October 2, 2015** to **November 2, 2015**. This is Defendant's first request for an extension of time to respond to Plaintiff's motion. Defendant respectfully requests this additional time because of counsel for Defendant's heavy workload.

    The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

1   Counsel apologizes to the Court for any inconvenience caused by this delay.

2

3   Dated: September 30, 2015

Respectfully submitted,
/s/ Steven G. Rosales
(As authorized via email on 9/30/2015)
STEVEN G. ROSALES
Law Offices of Lawrence D. Rohlfing
Attorney for Plaintiff

Dated: September 30, 2015

BENJAMIN B. WAGNER
United States Attorney
DEBORAH L. STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration

By:   /s/ Ellinor Coder
ELLINOR CODER
Special Assistant U.S. Attorney
OF COUNSEL: AMANDA SCHAPEL
Assistant Regional Counsel

Attorneys for Defendant

ORDER

IT IS SO ORDERED.

Dated:   **September 30, 2015**

_____
UNITED STATES MAGISTRATE JUDGE

Stip. & Order for Ext.; 1:14-cv-01566-SAB          2